## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF NEW VIRGINIA

| | |
|---|---|
| MIRAGE INNOVATIONS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> NOKIA CORPORATION, <br><br> Defendant. | Civil Action No. 08-Civ-1348 (J. Trenga) |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Mirage Innovations, Ltd. hereby gives notice of the dismissal of this action without prejudice of Plaintiff's Complaint and claims for relief against Defendant Nokia Corporation.

Dated:  April 30, 2009

/s/ Erik C. Kane _____
Eric C. Kane (VSB #68294)
Kenyon & Kenyon LLP
1500 K Street, N.W., Suite 700
Washington, DC 20005-1257
202.220.4200

John Flock
Jeffrey S. Ginsberg
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004-1007
212.425.7200

*Attorneys for Mirage Innovations, Ltd.*

CERTIFICATE OF SERVICE

I hereby certify that on the 30th Day of April, 2009, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, and that I will mail the document by U.S. Mail to the following non-filing user:

Alexas D. Skucas, Esq.
King & Spaulding
1185 Avenue of the Americas
New York, New York 10036-4003
Telephone: (212) 827-4049
Facsimile:  (212) 556-2222
askucas@kslaw.com
Counsel for Nokia Corporation

/s/ Erik C. Kane_____
Erik C. Kane, Esq.
VA Bar # 68294
Counsel for Mirage Innovations, Ltd
Kenyon & Kenyon LLP
1500 K Street, NW
Washington, DC 20005-1257
Telephone: (202) 220-4200
Facsimile: (202) 220-4201
ekane@kenyon.com

-2-